EXHIBIT C



**REMIT TO:**

*10465 PARK MEADOWS DRIVE SUITE 200*
*LONE TREE, CO 80124*
*TEL: (303) 299-9329*
*FAX: (303) 299-9309*

BILL TO:

Alliance Funding Group, Inc.
Attn: Kathy Poncedeleon
3745 W. Chapman Ave.
#200
Orange, CA 92868-1656

# Invoice

| ACCOUNT NUMBER | DATE | INVOICE # |
|---|---|---|
| 2464 | 1/26/2013 | 1160331 |

| Terms |
|---|
| Net 30 |

| ITEM DESCRIPTION | QUANTITY | AMOUNT |
|---|---|---|
| Broadcast Fax Per Page Normal ALLFUND - Date: 1/21/2013 Job: BFX-27016283 Name: Working Capital - 0118MASTER FAX LIST Billing Code: | 1.0 | $0.04 |
| Broadcast Fax Per Page Normal ALLFUND - Date: 1/22/2013 Job: BFX-27051677 Name: QFax - 1/22/2013 test Billing Code: | 1.0 | $0.04 |
| Broadcast Fax Per Page Normal ALLFUND - Date: 1/22/2013 Job: BFX-27072418 Name: Shawn 12113 Billing Code: | 2.0 | $0.07 |
| Broadcast Fax Per Page Normal ALLFUND - Date: 1/22/2013 Job: BFX-27072608 Name: Neha 12113 Billing Code: | 2.0 | $0.07 |
| Broadcast Fax Per Page Normal ALLFUND - Date: 1/23/2013 Job: BFX-27081529 Name: Neha 12113 Billing Code: | 30,941.0 | $897.29 |
| Broadcast Fax Per Page Normal ALLFUND - Date: 1/23/2013 Job: BFX-27081541 Name: Shawn 12113 Billing Code: | 47,907.0 | $1,389.32 |
| Broadcast Fax Per Page Normal ALLFUND - Date: 1/23/2013 Job: BFX-27087824 Name: Working Capital - 0118MASTER FAX LIST Billing Code: | 125.0 | $3.62 |
| Broadcast Fax Per Page Normal ALLFUND - Date: 1/23/2013 Job: BFX-27087813 Name: Working Capital - VC 1 Billing Code: | 4,528.0 | $131.79 |

**Please Include your invoice number on your checks.**

| TOTAL | 2422.24 |
|---|---|

Questions? Please contact accounting@westfax.com for support.