# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| VANDENBERG & SONS FURNITURE, INC., a Michigan corporation, individually and as the representatives of a class of similarly-situated persons,<br><br>  Plaintiff,<br><br>v.<br><br>ALLIANCE FUNDING GROUP and JOHN DOES 1-10,<br><br>  Defendants. | Case No.: 1:15-cv-01255-GJQ-RSK<br>Hon. Judge Gordon J. Quist<br>Magistrate Judge Ray Kent |

## STIPULATION REGARDING AGREED UPON DEPOSITION DATES OF NEHA PATEL AND KATHY PONCEDELEON

Due to unavoidable scheduling conflicts, Plaintiff, Vandenberg & Sons Furniture, Inc. ("Plaintiff") and Defendant Alliance Funding Group ("Defendant"), through their undersigned counsel, stipulate and agree to adjourn the depositions of Neha Patel and Kathy Poncedeleon previously scheduled for March 8, 2018 to April 27, 2018 in Irvine, California.

Stipulated and Agreed: March 8, 2018


| | |
|---|---|
| /s/ Ross M. Good (with consent)<br>Ross M. Good<br>ANDERSON + WANCA<br>3701 Algonquin Road, Suite 500<br>Rolling Meadows, IL 60008<br>(847) 368-1500<br>rgood@andersonwanca.com | /s/ Charity A. Olson<br>Charity A. Olson (P68295)<br>**BROCK & SCOTT, PLLC**<br>2723 S. State St., Ste. 150<br>Ann Arbor, MI 48104<br>(734) 222-5179<br>charity.olson@brockandscott.com |

1

## **CERTIFICATE OF SERVICE**

  I, Charity A. Olson, hereby state that on March 8, 2018, I electronically filed the foregoing document with the Clerk of the Court using the ECF system, which will send notification of such filing to the attorneys of record.

/s/ Charity A. Olson
Charity A. Olson (P68295)
**BROCK & SCOTT, PLLC**
