### IN THE UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| VANDENBERG & SONS FURNITURE, INC., a Michigan corporation, individually and as the representative of the certified class, | ) ) ) ) Civil Action No.: 1:15-cv-1255 |
| Plaintiff, | ) **CLASS ACTION** |
| v. | ) Honorable Gordon J. Quist |
| ALLIANCE FUNDING GROUP, | ) Magistrate Judge Ray Kent |
| Defendant. | ) |

### AGREED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AND NOTICE TO THE CLASS

Plaintiff, Vandenberg & Sons Furniture, Inc. ("Plaintiff"), on behalf of itself and the certified class (identified herein as the "Settlement Class"), respectfully requests that the Court preliminarily approve the parties' proposed class action settlement and notice to the class. Plaintiff submits its accompanied brief in support of this motion.

Respectfully submitted,

VANENBERG & SONS FURNITURE, INC., a Michigan corporation, individually and as the representative of a certified class

By: s/Ross M. Good
Ross M. Good
Brian J. Wanca
Ryan M. Kelly
Wallace C. Solberg
ANDERSON + WANCA
3701 Algonquin Road, Suite 500
Rolling Meadows, IL  60008
Telephone:  847-368-1500
Fax:  847-368-1501

## CERTIFICATE OF SERVICE

I hereby certify that on December 8, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

s/ Ross M. Good